No. 98–1852.  FINNEGAN v. KRUSE ET AL.  C. A. 9th Cir. Certiorari denied.

No. 98–1855.  GIBSON v. SLATER, SECRETARY OF TRANSPORTATION.  C. A. 9th Cir.  Certiorari denied.

No. 98–1858.  BETTS v. CONTAINER CORPORATION OF AMERICA. C. A. 7th Cir.  Certiorari denied.

No. 98–1861.  RUIZ MASSIEU v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–1868.  DAVISON ET AL. v. UNITED STATES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 98–1870.  UNITED STATIONERS, INC. v. UNITED STATES. C. A. 7th Cir.  Certiorari denied.

No. 98–1871.  FROST v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 98–1874.  VENDETTO v. SONAT OFFSHORE DRILLING, INC. Sup. Ct. La.  Certiorari denied.

No. 98–6111.  ROBINSON v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 98–7805.  THOMAS ET AL. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 98–7987.  GUNSBY v. FLORIDA.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 98–8193.  KIMBRELL v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 98–8201.  PINSON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–8373.  McCOY v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 98–8522.  THOMAS v. ANDERSON, WARDEN.  C. A. 6th Cir. Certiorari denied.